

```
        1038 2892 0118 2415 5700 687
1  Card #: 605812########2299
   AMEX SFT MTLS PLTNUM $200      200.00
   GIFT CARD ACTIVATION FEE         6.95
3  Card #: 605812########2874
   AMEX SFT MTLS PLTNUM $200      200.00
   GIFT CARD ACTIVATION FEE         6.95
5  Card #: 605812########9323
   AMEX SFT MTLS PLTNUM $200      200.00
   GIFT CARD ACTIVATION FEE         6.95
7  JD 8CT SEC CROISSANT SAND  F    10.97
8  CORE HYDRATION WATER       F     1.68
************* Total Sale***       633.50
*** MASTRCRD EPS                  633.50
   ITEMS PURCHASED: 8

Tell us how we are doing and you could
WIN 1 OF 60 $100 HEB GIFT CARDS/MONTH
No purchase necessary.
See rules and take survey at
www.heb.com/survey
or call 1-866-583-5024
or text SURVEY to 40879
Message and data rates may apply.
Odds depend on entries received.
Must be 18. Ends 05/05/24.

CERTIFICATE CODE
      687011824382 892311
******************************

CAPITAL ONE
***********6416
Chip Read           USD$   633.50
Appr No : 09703P    Ref No : 902343
Mode: Issuer
AID : A0000000041010
TVR : 0000008000
IAD : 0110A04001220000000000000000000000FF
TSI : E800         ARC : 00

        1038 2892 0118 2415 5700 687

HEB Food-Drugs #36/687
5885 San Felipe, Houston, TX 77057
Phone:           (713) 278-8450
Pharmacy:        (713) 278-8474
Store Hours:  6 A.M. to 11 P.M.
Your Cashier: MARISSA S
   382892 01-18-24  3:57P 217/09/00687
```

GOVERNMENT EXHIBIT
1
23-cr-358