District Judge Emmanuel W.
Lee H. Rosenthal #10662-506
515 Rusk Street
23cr358-3
23cr359-4

## Termination of Counsel Requested

Dear Your Honor,

I'm writing you in concern of my Lawyer, "Anuj A. Shah". I feel that he is not the lawyer to properly represent me therefore I want him, "Anuj A. Shah", terminated from my case. Mr. Anuj has not been efficient with the situation concerning the charges I'm being held on. I have yet to see or recieve my discovery nor my complaint explaining my custody. During the course of this 2023 year, Mr. Anuj has visited me 3 times in the intire time I have been In custody and during these legal visits, Mr. Anuj would constantly pressure me about cooperating about situations that doesn't concern me and also of which I have no knowledge of. Therefore I wish to have Mr. Anuj effectiv Immediatly removed from my case due to the reasons I've explained In this letter your honor. Please and Thank you...

Sincerly,
Emmanuel Winnfield
#10662-506
5-29-24

Emmanuel Winnfield
#10602-506
Federal Detention Center
P.O. Box 526255
Houston, Texas 77052

HOUSTON TX RPDC 773
30 MAY 2024 PM 5 L

United States Courts
Southern District of Texas
FILED

JUN 03 2024

Nathan Ochsner, Clerk of Court

Judge Lee H. Rosenthal
U.S. District Clerk
United States District Courts
515 Rusk St.
Houston, Texas 77002-2599