United States Courts
Southern District of Texas
FILED

*February 27, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    v.<br><br>**1. DERRICK DEWAYNE BUTLER,**<br>a/k/a "Kutt,"<br>a/k/a "Kutt throat,"<br><br>**2. TRAVON MAXWELL,**<br>a/k/a "Goonie,"<br><br>**3. EMMANUEL WINNFIELD,**<br>a/k/a "Pimp,"<br><br>**4. HERMAN MITCHELL,**<br>a/k/a "Boobie,"<br><br>**5. TYRONE RAYMOND BOLTON,**<br>a/k/a "Honeybee,"<br><br>**6. JOE DEVON CHAMPION,**<br>a/k/a "Champ,"<br><br>**7. JONTA ALLEN GLOVER,**<br><br>**8. DEWAYNE DONNELL CHAMPION,**<br>a/k/a "Wayne,"<br><br>**9. CEDRIC LYNN ANDREWS,**<br>a/k/a "Ced,"<br><br>**10. JERMAR BALLARD JONES,**<br>a/k/a "Mar,"<br><br>**11. CHRISTIAN XAVIER RUCKER,**<br>a/k/a "Gucci,"<br><br>**12. SAMUEL LAMONTE DRAPER, and**<br><br>**13. JEREMY JAMES JENKINS,**<br><br>            **Defendants.** | **CASE NO. 4:23-CR-00358**<br><br>**JUDGE**   Rosenthal<br><br>**SUPERSEDING INDICTMENT**<br><br>**18 U.S.C. § 2**<br>**18 U.S.C. § 924(c)(1)(A)(i)-(iii)**<br>**18 U.S.C. § 924(j)**<br>**18 U.S.C. § 1503(a)**<br>**18 U.S.C. § 1951**<br>**18 U.S.C. § 1959(a)(1)**<br>**21 U.S.C. § 841(a)(1)**<br>**21 U.S.C. § 841(b)(1)(A)(ii)**<br>**21 U.S.C. § 841(b)(1)(B)(ii)**<br>**21 U.S.C. § 841(b)(1)(C)**<br>**21 U.S.C. § 841(b)(1)(D)**<br>**21 U.S.C. § 846** |

1

**THE GRAND JURY CHARGES:**

## BACKGROUND

1. At all times relevant to this Superseding Indictment, in the Southern District of Texas, and elsewhere, defendants **DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat," TRAVON MAXWELL, a/k/a "Goonie," EMMANUEL WINNFIELD, a/k/a "Pimp," HERMAN MITCHELL, a/k/a "Boobie," TYRONE RAYMOND BOLTON, a/k/a "Honeybee," JOE DEVON CHAMPION, a/k/a "Champ," JONTA ALLEN GLOVER, DEWAYNE DONNELL CHAMPION, a/k/a "Wayne," CEDRIC LYNN ANDREWS, a/k/a "Ced," JERMAR BALLARD JONES, a/k/a "Mar," CHRISTIAN XAVIER RUCKER, a/k/a "Gucci," SAMUEL LAMONTE DRAPER,** and **JEREMY JAMES JENKINS,** and others known and unknown to the Grand Jury, were members and associates of the Robbery Crew (the "Enterprise" and hereinafter the "Robbery Crew").

## COUNT ONE
### Conspiracy to Interfere with Commerce by Robbery

2. Beginning on or about April 14, 2023 and continuing to on or about August 25, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**TRAVON MAXWELL, a/k/a "Goonie,"**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

**TYRONE RAYMOND BOLTON, a/k/a "Honeybee,"**

**JOE DEVON CHAMPION, a/k/a "Champ,"**

**JONTA ALLEN GLOVER,**

**DEWAYNE DONNELL CHAMPION, a/k/a "Wayne,"**

**CEDRIC LYNN ANDREWS, a/k/a "Ced,"**

**JERMAR BALLARD JONES, a/k/a "Mar,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci,"**

**SAMUEL LAMONTE DRAPER,** and

**JEREMY JAMES JENKINS,**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of any article and commodity in commerce by means of a robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully conspire and agree to take and obtain property, namely illegal narcotics, and drug proceeds, by means of actual and threatened force, violence and fear of injury to those in possession of those items.

**All in violation of Title 18, United States Code, Section 1951(a).**

### COUNT TWO
**Conspiracy to Possess with Intent to Distribute Controlled Substances**

3. Beginning on or about April 14, 2023 and continuing to on or about August 25, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**TRAVON MAXWELL, a/k/a "Goonie,"**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

3

**TYRONE RAYMOND BOLTON,** a/k/a "Honeybee,"

**JOE DEVON CHAMPION,** a/k/a "Champ,"

**JONTA ALLEN GLOVER,**

**DEWAYNE DONNELL CHAMPION,** a/k/a "Wayne,"

**CEDRIC LYNN ANDREWS,** a/k/a "Ced,"

**JERMAR BALLARD JONES,** a/k/a "Mar,"

**CHRISTIAN XAVIER RUCKER,** a/k/a "Gucci,"

**SAMUEL LAMONTE DRAPER,** and

**JEREMY JAMES JENKINS,**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with persons known and unknown to the Grand Jury, to possess with the intent to distribute various controlled substances, namely, at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

QUANTITY ATTRIBUTIONS

4. Defendants, **DERRICK DEWAYNE BUTLER,** a/k/a "Kutt," a/k/a "Kutt throat," **TRAVON MAXWELL,** a/k/a "Goonie," **EMMANUEL WINNFIELD,** a/k/a "Pimp," **HERMAN MITCHELL,** a/k/a "Boobie," **TYRONE RAYMOND BOLTON,** a/k/a "Honeybee," **JOE DEVON CHAMPION,** a/k/a "Champ," **JONTA ALLEN GLOVER,** **DEWAYNE DONNELL CHAMPION,** a/k/a "Wayne," **CEDRIC LYNN ANDREWS,** a/k/a "Ced," **JERMAR BALLARD JONES,** a/k/a "Mar," **CHRISTIAN XAVIER RUCKER,** a/k/a "Gucci," **SAMUEL LAMONTE DRAPER,** and **JEREMY JAMES JENKINS,** knew from

their own conduct as members of the conspiracy charged in Count Two and from the readily foreseeable conduct of other members of that conspiracy, that the conspiracy involved a quantity of at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(D), and 846.**

### COUNT THREE
### Attempt to Possess with the Intent to Distribute a Controlled Substance

5. On or about July 14, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**TYRONE RAYMOND BOLTON, a/k/a "Honeybee,"**

**JOE DEVON CHAMPION, a/k/a "Champ,"**

**JONTA ALLEN GLOVER,**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**DEWAYNE DONNELL CHAMPION, a/k/a "Wayne,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

**CEDRIC LYNN ANDREWS, a/k/a "Ced,"** and

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other, and others known and unknown to the Grand Jury, did knowingly and intentionally attempt to possess with the intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.**

## COUNT FOUR
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

6. On or about July 14, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**TYRONE RAYMOND BOLTON, a/k/a "Honeybee,"**

**JOE DEVON CHAMPION, a/k/a "Champ,"**

**JONTA ALLEN GLOVER,**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

**DEWAYNE DONNELL CHAMPION, a/k/a "Wayne,"**

**HERMAN MITCHELL, a/k/a "Boobie,"**

**CEDRIC LYNN ANDREWS, a/k/a "Ced," and**

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which each may be prosecuted in a court of the United States, namely knowingly and intentionally conspiring to and attempting to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Counts Two and Three of this Superseding Indictment.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## COUNT FIVE
### Attempt to Possess with the Intent to Distribute a Controlled Substance

7. On or about July 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci,"** and

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally attempt to possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

**All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.**

## COUNT SIX
### Murder in Aid of Racketeering
### Eduardo Ayala-Salgado Killing

8. Paragraph 1 of the "Background" Section of this Superseding Indictment is incorporated as if set forth in its entirety herein.

9. The Robbery Crew, including its leaders, members, and associates, constituted an Enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and

foreign commerce. The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise.

10. The Robbery Crew, through its leaders, members, and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving robbery, chargeable under Texas Penal Code §§ 29.02, 29.03, 7.01, 7.02(a)(2), 15.01, and 15.02; acts indictable under Title 18, United States Code, Section 1951 (relating to interference with commerce, robbery, or extortion); and offenses involving dealing in controlled substances in violation of Title 21, United States Code, Sections 841 and 846.

**Purposes of the Enterprise**

11. The purposes of the Robbery Crew included, but were not limited to, the following:

    a. Enriching the Enterprise, and its members and associates, through, among other things, robbery and drug trafficking;

    b. Pursuing, preserving, and protecting the power and profits of the Enterprise through the use of intimidation, threats of violence, and violence; and

    c. Hindering, obstructing, and preventing law enforcement officers from identifying participants in the Enterprise's criminal activity, apprehending the perpetrators of those crimes, and successfully prosecuting and punishing the offenders.

**Manner and Means of the Enterprise**

12. Among the manner and means by which the defendants and other members and associates of the Robbery Crew conducted and participated in the conduct of the affairs of the Enterprise included, but were not limited to, the following:

    a. Members and associates of the Enterprise committed, conspired to commit, attempted to commit, and threatened to commit acts of violence, including, but not limited to,

murder, attempted murder, assaults, and robbery to preserve, expand, and protect its activities.

b. Members and associates of the Enterprise recruited, approved, and directed other members and associates of the Enterprise to carry out robberies and drug trafficking in furtherance of the Enterprise.

c. Members and associates of the Enterprise acquired, carried, and used firearms, and other weapons to preserve, expand, and protect its criminal activities.

d. Members and associates of the Enterprise used cellular phones, internet-based applications, and social media accounts to plan, coordinate, and communicate with other members and associates to conduct robberies, obstruct law enforcement efforts, and destroy evidence.

e. Members and associates of the Enterprise targeted perceived large-scale drug dealers for their robberies.

f. Members and associates of the Enterprise would sometimes case and conduct surveillance on a planned robbery location to observe the target location's layout and any pattern of life displayed by those in and around the target location.

g. Members and associates of the Enterprise would travel together in vehicles, sometimes rentals, to the robbery location.

h. Enterprise members and associates would generally storm the robbery location by force, sometimes claiming to be police.

i. Enterprise members and associates would sell drugs, as well as other illegal drugs, in and around territory in Southeast Houston to enrich its members and associates.

13. On or about July 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci,"** and

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other and others known and unknown to the Grand Jury, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from the Robbery Crew, and for the purpose of gaining entrance to, and maintaining and increasing position in, the Robbery Crew, an Enterprise engaged in racketeering activity, intentionally and knowingly did murder Eduardo Ayala-Salgado, in violation of Texas Penal Code §§ 19.02 (b)(1) and (2), 7.01, and 7.02(a)(2).

**All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.**

### COUNT SEVEN
### Using a Firearm During and In Relation to a Drug Trafficking Crime

14. On or about July 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci,"** and

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly use at least one firearm during and in relation to a drug trafficking crime for which each may be prosecuted in a court of the United States, namely, knowingly and intentionally conspiring

10

to and attempting to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Counts Two and Five of this Superseding Indictment; and during these crimes did brandish and discharge said firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2**.

## COUNT EIGHT

### Using a Firearm During and In Relation to a Crime of Violence

15. On or about July 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci,"** and

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly use at least one firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, Murder in Aid of Racketeering, in violation of 18 U.S.C. §§ 1959(a)(1) and 2, as charged in Count Six of this Superseding Indictment; and did knowingly possess such firearm in furtherance of said crime of violence, which firearm was brandished and discharged.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii) and 2**.

## COUNT NINE

### Causing Death Through Use of a Firearm

16. On or about July 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

11

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci," and**

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other and others known and unknown to the Grand Jury, in the course of a violation of Title 18, United States Code, Section 924(c)(1)(A), as charged in Counts Seven and Eight of this Superseding Indictment, did cause the death of Eduardo Ayala-Salgado through the use of a firearm, which killing constituted murder, as defined in Title 18, United States Code, Section 1111.

**All in violation of Title 18, United States Code, Sections 924(j)(1) and 2**.

### COUNT TEN
**Murder in Aid of Racketeering**
**Demarcus Edwards Killing**

17. Paragraph 1 through 16 of this Superseding Indictment are incorporated as if set forth in their entirety herein.

18. On or about July 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci," and**

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other and others known and unknown to the Grand Jury, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value from the Robbery Crew, and for the purpose of gaining entrance to, and maintaining and increasing position in the Robbery Crew, did murder Demarcus Edwards, in

violation of Texas Penal Code § 19.02(b)(3).

**All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.**

## COUNT ELEVEN
### Causing Death Through Use of a Firearm

19. On or about July 19, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**CHRISTIAN XAVIER RUCKER, a/k/a "Gucci," and**

**JERMAR BALLARD JONES, a/k/a "Mar,"**

while aiding and abetting each other, and others known and unknown to the Grand Jury, in the course of a violation of Title 18, United States Code, Section 924(c)(1)(A), as charged in Count Seven of this Superseding Indictment, did cause the death of Demarcus Edwards through the use of a firearm, which killing constituted murder, as defined in Title 18, United States Code, Section 1111.

**All in violation of Title 18, United States Code, Sections 924(j)(1) and 2**.

## COUNT TWELVE
### Attempt to Possess with the Intent to Distribute a Controlled Substance

20. On or about July 27, 2023, in the Houston Division of the Southern District of Texas, the defendants,

**DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**

**TRAVON MAXWELL, a/k/a "Goonie,"**

**EMMANUEL WINNFIELD, a/k/a "Pimp,"**

13

> **HERMAN MITCHELL, a/k/a "Boobie,"**
>
> **SAMUEL LAMONTE DRAPER,** and
>
> **JEREMY JAMES JENKINS,**

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally attempt to possess with the intent to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.**

## COUNT THIRTEEN
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

21. On or about July 27, 2023, in the Houston Division of the Southern District of Texas, the defendants,

> **DERRICK DEWAYNE BUTLER, a/k/a "Kutt," a/k/a "Kutt throat,"**
>
> **TRAVON MAXWELL, a/k/a "Goonie,"**
>
> **EMMANUEL WINNFIELD, a/k/a "Pimp,"**
>
> **HERMAN MITCHELL, a/k/a "Boobie,"**
>
> **SAMUEL LAMONTE DRAPER,** and
>
> **JEREMY JAMES JENKINS,**

while aiding and abetting each other, and others known and unknown to the Grand Jury, did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which each

may be prosecuted in a court of the United States, namely knowingly and intentionally conspiring to and attempting to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Count Two and Twelve of this Superseding Indictment.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## COUNT FOURTEEN
### Obstruction of Justice

22. On or about August 25, 2023, in the Houston Division of the Southern District of Texas, the defendant, **JERMAR BALLARD JONES, a/k/a "Mar,"** while aiding, abetting, counseling, commanding, procuring another person, corruptly influenced, obstructed, and impeded, and endeavored to influence, obstruct and impede, the due administration of justice in federal criminal cases, *United States v. Butler et. al.*, 23-CR-358, and *United States v. Bolton et. al.*, 23-CR-359, in the United States District Court for the Southern District of Texas, and in a federal Grand Jury investigation in the United States District Court for the Southern District of Texas, by directing said person to discard a backpack and clothes to prevent use in official proceedings.

**All in violation of Title 18, United States Code, Sections 1503(a) and 2.**

A TRUE BILL

Original Signature on File
———————————————
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

_____
KELLY ZENON-MATOS
BYRON BLACK
Assistant United States Attorneys


DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section
United States Department of Justice

_____
JUSTIN G. BISH
RALPH PARADISO
SAMUEL B. TONKIN
JODI ANTON
Trial Attorneys
United States Department of Justice
Violent Crime and Racketeering Section