United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-23-358 |
| | § | |
| | § | |
| DERRICK DEWAYNE BUTLER, *et al.* | § | |

## ORDER

The defendant filed an unopposed motion for continuance, (Docket Entry No. 112). The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 7, 2025 |
| Responses are to be filed by: | April 21, 2025 |
| Pretrial conference is reset to: | **May 5, 2025, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 12, 2025, at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days before the final conference.

SIGNED on February 28, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge