UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No.  H-23-358-002 |
| | § | |
| TRAVON CYMONE MAXWELL | § | |
| | § | |
| Defendant. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Warden, TDCJ - Estelle, 264 FM 3478 , Huntsville, Texas 77320-3320

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:

We command that you have **TRAVON CYMONE MAXWELL, DOB: 00/00/1995, TDCJ: 02491293,** now duly committed to the custody of the Warden of TDCJ, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the 21st day of March 2025, at 2:00P.M., there and at that time to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Warden of TDCJ, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 11th day of March 2025.

_____
RICHARD W. BENNETT
UNITED STATES MAGISTRATE JUDGE