## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Case Number: 4:23−cr−00358

Tyrone Raymond Bolton
Joe Devon Champion
Cedric Lynn Andrews

## Notice of Setting

**A proceeding has been set in this case as to Tyrone Raymond Bolton, Joe Devon Champion, Cedric Lynn Andrews as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/21/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance
Applicable defendant(s) required to be present at the hearing.

Date:   March 20, 2025                                                                 Nathan Ochsner, Clerk