IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-cr-00358 |
| | § | |
| | § | |
| CEDRIC LYNN ANDREWS | § | |
| DEFENDANT | § | |

**DEFENDANT CEDRIC LYNN ANDREWS' MOTION
FOR LEAVE TO FILE ADDITIONAL AND/OR AMENDED PRE-TRIAL MOTIONS**

**TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:**

COMES NOW CEDRIC LYNN ANDREWS (ANDREWS), a defendant in the above-entitled and numbered cause, by and through his attorney of record, J. GORDON DEES, under the authority of the Sixth and Fourteenth Amendments of the Constitution of the United States of America, and makes this Motion for Leave to File Additional and/or Amended Pre-Trial Motions during all pretrial proceedings for the following reasons in accordance with his Constitutional Rights of Due Process of Law.

I.

Defendant ANDREWS has been charged by indicted in a multi-defendant case by which indictment he has been charged with the following Counts:

COUNT ONE - Conspiracy to Interfere with Commerce by Robbery in violation of Title 18, United States Code, Section 1951(a);

COUNT TWO - Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(D), and 846;

COUNT THREE - Attempt to Possess with the Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2; and

COUNT FOUR - Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of Title 18, United States Code, Sections 924(c)(1)(A)(I) and 2.

The undersigned attorney anticipates that the Government will provide additional discovery that he will need to evaluate and discuss with his Client. Accordingly, the undersigned attorney is not in a position to know what additional pre-trial motions, if any, will be necessary.

WHEREFORE, PREMISES considered, the Defendant CEDRIC LYNN ANDREWS prays the Court consider this motion and grant it in all respects.

Respectfully submitted,

*/S/ J. Gordon Dees*
J. GORDON DEES
Attorney-in-Charge
Texas State Bar No. 05635500
5300 Memorial Dr., Suite 750
Houston, Texas 77007-8228
713-621-2070/Office; 713-621-2072/Fax
Email - gordondees@msn.com

Attorney for Defendant
CEDRIC LYNN ANDREWS

**CERTIFICATE OF CONFERENCE**

      This is to certify that BYRON BLACK, Assistant United States Attorney representing the Government in this case, advised that he takes no position as to Defendant CEDRIC LYNN ANDREWS' Motion for Leave to File Additional and/or Amended Pre-Trial Motions .

                                */S/ J. Gordon Dees*
                                J. GORDON DEES

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Defendant CEDRIC LYNN ANDREWS' Motion for Leave to File Additional and/or Amended Pre-Trial Motions has been provided to BYRON BLACK**,** Assistant United States Attorney representing the Government in this case, and all parties of record entitled to receive service on this the 25th day of August, 2025, via the USDC Southern District's CM/ECF system.

                                */S/ J. Gordon Dees*
                                J. GORDON DEES