IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:23-cr-00358 |
| § | |
| § | |
| CEDRIC LYNN ANDREWS § | |
| DEFENDANT § | |

**DEFENDANT CEDRIC LYNN ANDREWS' OPPOSED MOTION
TO REQUIRE THE GOVERNMENT TO REVEAL AGREEMENTS**

TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW CEDRIC LYNN ANDREWS ("ANDREWS"), a defendant in the above-entitled and numbered cause, by and through his attorney of record, J. GORDON DEES and respectfully moves the Court to order the Assistant United States Attorney in this case to reveal to defense counsel in writing any agreement, expressed or implied, entered into between the Government or any law enforcement agency and any witness or prospective witness, or any attorney representing such person regarding such witness's testimony in this case, and as grounds for this Motion would respectfully show the Court the following:

I.

The credibility of any such witness will be an important issue in the principal cause and the evidence of any understanding or agreement as to future prosecution or benefit, either promised or contemplated to be promised, whether implied or expressed, will be relevant to said witness's credibility.

1

II.

The Defendant would further respectfully move the Court to order the Government by and through its Assistant United States Attorney to reveal any assistance, reward, compensation or benefit, already conferred upon or contemplated to be conferred upon any witness who is to testify on behalf of the Government.

III.

In the event any such agreement has been entered into between the Government and any witness or potential witness as set forth above, the Defendant hereby requests the name, address and telephone number of each such witness, and the exact and complete nature of the agreement, including the specific assistance, reward, compensation or benefit conferred upon or contemplated to be conferred upon said witness.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays for this Court to grant this Motion in all things and issue an order consistent with the request herein made and for such other and further relief to which the Defendant may be entitled, in law or in equity.

Respectfully submitted,

*/S/ J. Gordon Dees*
J. GORDON DEES
Attorney-in-Charge
Texas State Bar No. 05635500
5300 Memorial Dr. Suite 750
Houston, Texas 77007-8228
713-621-2070/Office; 713-621-2072/Fax
Email - gordondees@msn.com

Attorney for Defendant
CEDRIC LYNN ANDREWS

**CERTIFICATE OF CONFERENCE**

This is to certify that BYRON BLACK, Assistant United States Attorney representing the Government in this case, advised that he is opposed to Defendant CEDRIC ANDREWS. Motion to Require the Government to Reveal Agreements.

*/S/ J. Gordon Dees*
J. GORDON DEES

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant CEDRIC ANDREWS' Opposed Motion to Require the Government to Reveal Agreements has been provided to BYRON BLACK, Assistant United States Attorney representing the Government in this case, and all parties of record on the 25th day of August, 2025, via the USDC Southern District's CM/ECF system.

*/S/ J. Gordon Dees*
J. GORDON DEES