UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | 4:23-cr-00358 |
| DEWAYNE CHAMPION | § | |

**OPPOSED MOTION FOR PROTECTIVE ORDER**

**TO THE HONORABLE JUDGE:**

Comes now Dewayne Champion, Defendant, through and by his counsel Greg Gladden and requests that the Defendant be allowed to have access to discovery while still incarcerated and would show the following:

Defendant is incarcerated at the Joe Corley Processing Center in Conroe, Texas. At this facility, inmates are given access to a law library with a librarian on staff. Defendant requests that the discovery be given to the Librarian/Warden at the facility and that he be allowed to have access to the discovery during the time when he is at the law library. So far the Discovery is more than 500 Gigabytes, which will require an External Drive.

The Defendant appreciates that this request may come with certain policies and procedures to ensure that Defendant's interest in a fair trial and the government's interest in harmful disclosure are balanced.

    Respectfully submitted,

/s/ Greg Gladden
GREG GLADDEN
Law Office of Greg Gladden
3017 Houston Avenue
Houston, Texas 77009
Phone: 713.880.0333
Fax: 713.880.4018
Texas State Bar No. 07991300
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that my staff has conferred, with Assistant U.S. Attorney Associate Deputy Criminal Chief, Byron Hugh Black. He is opposed.

/s/ Greg Gladden
Greg Gladden

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing Motion for Protective Order using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF and via email to Byron Hugh Black at byron.black@usdoj.gov.

Byron Hugh Black.
Assistant United States Attorney
713-567-9734
byron.black@usdoj.gov

/s/ Greg Gladden
Greg Gladden