IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| V. | § | CRIM NO. 4:23-CR-358-6 |
| JOE DEVON CHAMPION | § § § | |

## MOTION FOR THE GOVERNMENT TO PRODUCE ENHANCED VIDEOTAPES AND TRANSCRIPTS OF ALL RECORDED MEETINGS BETWEEN THE GOVERNMENT'S COOPERATING INDIVIDUAL AND DEFENDANTS

TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT COURT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION.

COMES NOW, Robert J. Fickman, attorney for Joe Devon Champion, and respectfully moves this Honorable Court to enter an order for the Government to Produce Enhanced Videotapes and Transcripts of All Recorded Meetings Between the Government's Cooperating Individual and Defendants. For good cause the Defense would show as follows:

I.

Defendants were the targets of a federal criminal investigation. The Federal Government utilized at least one cooperating individual in an attempt to entice the Defendants to engage in criminal offenses. Federal Law enforcement set up

recording devices in a residence which was apparently under the control of the cooperating individual and the Federal Government. The residence was set up in such a fashion that clandestine videotaped recordings could be made of meetings at the residence.

The Defense has been provided with videotaped recordings wherein the Cooperating Individual appears to be meeting with target individuals. The Defense has been provided with videotaped recordings that are dated July 13, 2023, and July 14, 2023. Individuals can be seen on the videotaped recordings that have been provided. The individuals on the videotaped recordings talk.

It is very difficult to ascertain who is saying what on the videotapes. It is difficult because the audio is not great, the individuals talk in slang or "street talk" and the individuals talk over each other. Consequently, the Defense cannot tell who is saying what. Restated, the videotapes are unintelligible.

If the videotapes are unintelligible to Defense Counsel, it is likely that the videotapes will be unintelligible to a jury. The Defense has reason to believe that exculpatory statements are made on these videotapes but given the quality of the tapes, the exculpatory statements cannot be heard.

II.

The Defense believes the burden is on the Government to produce enhanced intelligible videotapes and transcripts of same. These enhanced videotapes and transcripts should be produced sufficiently in advance of trial for the Defense to ascertain whether the enhanced videotapes are accurate. To this end the Defense may need to ask the Court for CJA funds for the appointment of an expert to review whatever enhanced videotapes the Government produces.

III.

Counsel has conferred only briefly with the Government about this motion. Conflicting schedules have made it difficult for the Defense and the Government to have substantive conversations about this motion. This counsel will endeavor to consult in detail with the Government to see if an agreement can be reached. If no agreement can be reached, the Defense will urge this motion or a variation of it.

Respectfully submitted,

*/S/ ROBERT J. FICKMAN*
ROBERT J. FICKMAN
Attorney-In-Charge
Fed. No. 3606
State Bar No. 06956500
440 Louisiana, Suite 200
Houston, Texas 77002
713-655-7400

Attorney for Defendant,
JOE DEVON CHAMPION

## **CERTIFICATE OF CONFERENCE**

Counsel has made initial contact with the Government about the issues addressed in this motion. Counsel will make additional contact with Assistant United States Attorneys handling this case to ascertain if an agreement can be reached before Counsel urges this motion.

*/S/ ROBERT J. FICKMAN*
ROBERT J. FICKMAN

## **CERTIFICATE OF SERVICE**

I, ROBERT J. FICKMAN, hereby certify that a true and correct copy of the foregoing instrument was forwarded to the Assistant U.S. Attorney, Kelly Zenon-Matos, on this the 21st day of January 2026.

*/S/ ROBERT J. FICKMAN*
ROBERT J. FICKMAN