# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL NO. 4:23CR358-13 |
| § | |
| JERREMY JAMES JENKINS § | |

## RESPONSE IN OPPOSITION TO MOTION TO CONTINUE TRIAL

**TO THE HONORABLE JUDGE LEE H. ROSENTHAL:**

**COMES NOW** Jerremy James Jenkins, by and through his attorney of record, and files this Response in Opposition to the Motion to Continue Trial filed January 27, 2026 (Doc. 244) based upon the following:

While several co-defendants seek another 180-day delay, Mr. Jenkins objects based on the history of this case, the timeline of prior continuances, and his extended pretrial detention.

This case is not new. Mr. Jenkins was first indicted on August 16, 2023. Before the superseding indictment was filed on February 27, 2025, the Court had already granted several trial continuances. The Court then certified the matter as complex on May 1, 2025. As of January 27, 2026. Mr. Jenkins has now been in custody since October 1, 2024, nearly sixteen months awaiting trial. The speed of this case has not been driven by Mr. Jenkins.

The motion to continue notes the volume of discovery, including forensic materials related to the murder counts. Those counts, however, do not apply to Mr. Jenkins. Only three defendants face the homicide charges, and most defendants either join or do not oppose the continuance. Mr. Jenkins is the only defendant who affirmatively opposes. The motion does not show that his case, or the counts that name him, require further delay. It also does not indicate that the government is unable to proceed against him on the current schedule, and the government's lack of opposition to the continuance is not a substitute for the showing required under the Speedy Trial Act.

Given the number of prior continuances, the age of the indictment, and the length of time Mr. Jenkins has already spent in custody, another 180-day continuance would push his trial to nearly three years after he was first indicted and two years since he has been in custody. The Court has already accommodated the complexity of the case with prior continuances and a complex-case designation.

Respectfully, Mr. Jenkins asks the Court to consider his individual rights as an in-custody defendant. He is not charged with the homicide counts that are the focus of the ongoing forensic discovery described in the motion. For him, continued delay only prolongs detention and undermines the fairness and efficiency that the Speedy Trial Act is designed to protect.

Finally, Counsel filed a motion to extend motions deadlines on January 26, 2026. (Doc. 243). As indicated in that motion, Counsel is preparing a motion to sever in the event the plea negotiations fall through.

For these reasons, Mr. Jenkins respectfully asks the Court to deny the requested continuance as to him, maintain the current trial schedule, or in the alternative, set his case on a separate track so that he may proceed to trial without further delay.

Respectfully submitted,

*/s/ Raymundo J. Vazquez*
Raymundo J. Vazquez
State Bar of Texas: 24094996
Federal Bar: 2600981
1620 S. Friendswood Dr.
Suite 288A
Friendswood, TX 77546
(832) 343-8023

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I, Raymundo J. Vazquez, certify that a true and correct copy was delivered to the Government and current counsel via CM/ECF on February 2, 2026.

*/s/ Raymundo J. Vazquez*
Raymundo J. Vazquez