**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:23-CR-00358** |
| | § | |
| **DERRICK DWAYNE BUTLER,** *et al.*, | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE LEE H ROSENTHAL, UNITED STATES DISTRICT JUDGE:

Amanda J. Kotula, Trial Attorney, United States Department of Justice, Violent Crime and Racketeering Section, respectfully requests that she be allowed to withdraw from representation of the United States of America in this matter. Such withdrawal will not affect the continuing representation of other counsel listed as attorneys for the United States in this matter.

Respectfully submitted,

**JOHN MARCK**
Acting United States Attorney
Southern District of Texas

**DAVID JAFFE**
United States Department of Justice
Criminal Division
Violent Crime and Racketeering Section

By:    */s/ Amanda J. Kotula*
        AMANDA J. KOTULA
        TRIAL ATTORNEY
        United States Department of Justice
        1301 New York Avenue NW, Ste 700
        Washington, D.C. 20530
        Telephone: 202-716-1129
        Email: amanda.kotula@usdoj.gov